1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

9

10 | JINETRA BONNER, individually, on behalf herself and all others similarly situated, | Case No. 17-CV-00936-WBS-DB |

11 **CLASS ACTION**

Plaintiffs,

12 **ORDER DISMISSING CERTAIN CLAIMS**

vs.

13

14 TESORO REFINING & MARKETING
COMPANY, LLC, a Delaware Limited

15 Liability Company; and DOES 1 through 100
inclusive,

Complaint filed:     March 22, 2017

16 Removal date:      May 3, 2017
Trial date:          None set

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is the Parties' Joint Stipulation to Dismiss the Meal Period Claims herein. Good Cause having been shown, said Stipulation if GRANTED, and IT IS HEREBY ORDERED that:

1.      Plaintiff's First Cause of Action for Unlawful Use of an "On-Duty Meal Period Agreement" ("ODMPA") or alternatively, Failure to Provide Timely, Off-Duty, 30-Minute Meal Periods shall be dismissed **without prejudice**.

2.      Plaintiff's Second Cause of Action for Failure to Provide Suitable Facilities for Meal or Rest Periods shall be dismissed **without prejudice**.

3.      Plaintiff's Fifth Cause of Action for Civil Penalties under the Private Attorneys General Act for non-compliant meal periods, except paragraphs 53, 54, 55, 56, 57, 58, 59, 60, and 63, shall be dismissed **without prejudice**.

4.      Plaintiff's Sixth Cause of Action for Civil Penalties under the Private Attorneys General Act for Failure to Provide Suitable Facilities for Meal or Rest Periods shall be dismissed **without prejudice**.

5.      Plaintiff's Fourth and Eighth Causes of action shall be dismissed in part, **without prejudice**, only to the extent those claims are predicated on the violations asserted in the First, Second, Fifth, and Sixth Causes of Action.

6.      Any and all allegations specifically seeking relief pursuant to Wage Order 1, section 11 and Labor Code sections 226.7 and 512 with respect to the alleged failure to comply with meal period laws or failure to provide suitable facilities for meal or rest periods under California law, including but not limited to Subclass One and Subclass Two, shall be dismissed **without prejudice**.

**IT IS SO ORDERED**.

Dated:  June 28, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE