UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JINETRA BONNER, individually, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC; a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CIV. NO. 2:17-00936 WBS DB<br><br>ORDER RE: MOTION TO DISMISS AND MOTION TO TRANSFER VENUE |

----oo0oo----

Plaintiff Jinetra Bonner brought this putative class action against defendant Tesoro Refining & Marketing Company LLC, alleging state and federal employment law violations. Before the court is defendant's Motion to dismiss and plaintiff's Motion to transfer venue to the United States District Court for the Northern District of California. (Docket Nos. 4, 6.) Defendant filed a statement of non-opposition to plaintiff's Motion to

1

transfer and consented to plaintiff's request to have the case transferred to the Northern District of California. (Docket No. 10.) The court signed a stipulated dismissal of some of plaintiff's claims on June 28, 2017. (Docket No. 12.)

"For the convenience of parties and witnesses, a district court may transfer any civil action . . . to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). All parties consent to transfer this action and represent that the Northern District will be more convenient because the parties, witnesses, and evidence are in the Northern District, and because a related action was filed first in the Northern District. See Azpeitia v. Tesoro Refining & Marketing Co. LLC, Case No. 3:17-cv-123-JST (N.D. Cal.).

IT IS THEREFORE ORDERED that plaintiff's Motion to transfer venue to the Northern District of California (Docket No. 6) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant's Motion to dismiss (Docket No. 4) be, and the same hereby is, DENIED AS MOOT.

Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE